542

certiorari to the Circuit Court of Appeals for the Fourth
Circuit granted. *Messrs. Murray Allen* and *Willis Smith*
for petitioner. No appearance for respondents.

No. 300. QUAPAW LAND Co., INC., *v.* BOLINGER. October 21, 1929. Petition for writ of certiorari to the Circuit
Court of Appeals for the Fifth Circuit granted. *Messrs.
F. W. Clements* and *S. L. Herold* for petitioner. *Messrs.
Frank J. Looney* and *J. M. Grimmet* for respondent.

No. 303. ATCHISON, TOPEKA & SANTA FE R. Co. *v.*
TOOPS. October 21, 1929. Petition for writ of certiorari
to the Supreme Court of Kansas granted. *Messrs. Alfred
A. Scott, E. E. McInnis, Wm. R. Smith,* and *Alfred G.
Armstrong* for petitioner. *Mr. Carr W. Taylor* for
respondent.

No. 305. FRANC-STROHMENGER & COWAN, INC., *v.*
FORCHHEIMER. October 21, 1929. Petition for writ of
certiorari to the Circuit Court of Appeals for the Sixth
Circuit granted. *Messrs. Holland S. Duell, Clifford E.
Dunn, Frederick P. Fish,* and *Charles Neave* for petitioner. *Mr. O. Ellery Edwards* for respondent.

No. 311. MAY ET AL. *v.* HEINER, COLLECTOR. October
21, 1929. Petition for writ of certiorari to the Circuit
Court of Appeals for the Third Circuit granted. *Mr.
Charles H. Sachs* for petitioners. *Solicitor General
Hughes* and *Mr. Sewall Key* for respondent.